**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI**

WILLIAM MORRIS

      Plaintiff,

v.                                       CASE NO.: 3:17-cv-00137-SA-JMV

SUNRISE CREDIT SERVICES, INC.

      Defendant.

_____/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, William Morris, and Defendant, Sunrise Credit Services, Inc. ("SCS"), by and through its counsel, hereby notify the Court that the parties have agreed to a settlement in this matter. In light of the settlement, the parties respectfully request that the Court stay any deadlines or proceedings pending finalization of the settlement.

Dated this 18th day of September, 2017.

Respectfully submitted,                                Respectfully submitted,

/s/ William Morris                                    /s/ Martha Bost Stegall
William Morris                                          Martha Bost Stegall
25053 Highway 35                                MITCHELL, MCNUTT & SAMS, PA
Sardis, MS 38666                                  105 South Front St.
Ph. 662-654-6769                                P.O. Box 7120
will35010@gmail.com                        Tupelo, MS 38804
                                                          Ph: (662) 842-3871
*Pro Se Plaintiff*                                        Fax: (662) 842-8450
                                                           gmitchell@mitchellmcnutt.com

                                                           *Attorneys for Defendants, Sunrise Credit Services, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on September 18, 2017, a copy of the foregoing was filed electronically in the ECF system. I further certify that notice of this filing was sent to plaintiff via electronic mail to the following address: will35010@gmail.com.

                                          */s/ Martha Bost Stegall*
                                          MARTHA BOST STEGALL